FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-3553
_____

D.A.N., a child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Peter A. Mallory, Judge.


December 6, 2023

PER CURIAM.

    In this juvenile delinquency appeal, the Court issued an order on April 13, 2023, directing Appellant to serve an initial brief or file a response showing cause why the appeal should not be dismissed for failure to timely serve the initial brief. No response or initial brief was filed. The Court issued an order on May 25, 2023, again directing Appellant to serve an initial brief or file a response showing cause why the appeal should not be dismissed for failure to timely serve the initial brief. No response or initial brief was filed. The Court then issued an order on August 17, 2023, directing Appellant's counsel, Jonathan W. Dingus, to show cause why he should not be subject to sanctions, including an oral reprimand and/or referral to The Florida Bar. Mr. Dingus filed a

response in which he apologized without any explanation of why he failed to respond to the prior orders of this Court.

Attorney Jonathan Dingus has failed to demonstrate why sanctions should not be imposed against him. His disregard for the rules and orders of this Court placed Appellant's appeal in jeopardy. Accordingly, the Court reprimands Mr. Dingus for failure to comply with this Court's orders and failure to pursue his client's matter before this Court. The Court directs the Clerk of this Court to provide a copy of this opinion to The Florida Bar to consider disciplinary proceedings against Mr. Dingus.

ROBERTS, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonathan Dingus, Panama City Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.